# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> ASPEN SPECIALTY INSURANCE COMPANY, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:16-cv-02574-APG-NJK <br><br> ORDER <br><br> (Docket No. 10) |

Defendant filed a notice of service of its initial disclosure statement upon counsel for Plaintiff. Docket No. 10. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 10 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 24, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge