William C. Reeves
State Bar No. 8235
MORALES FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INS. CO. | Case No.: 2:16-cv-02574-APG-NJK |
| Plaintiff, | STIPULATION TO DISMISS THE CASE WITH PREJUDICE |
| vs. | |
| ASPEN SPECIALTY INS. CO., | **ORDER** |
| Defendant. | |

Plaintiff and Defendant, by and through counsel and pursuant to FRCP 41, stipulate and agree to dismiss the case with prejudice with each party bearing their own fees and costs.

IT IS SO AGREED.

Dated: November 1, 2017

MORALES FIERRO & REEVES                    RESNICK & LOUIS


By: /s/ William C. Reeves                  By: /s/ Mitch Resnick
    William C. Reeves                          Mitch Resnick
    MORALES FIERRO & REEVES                    RESNICK & LOUIS
    600 S. Tonopah Drive, Suite 300            5940 South Rainbow Blvd.
    Las Vegas, NV 89106                        Las Vegas, NV 89118
    Attorneys for Plaintiff                    Attorneys for Defendant

///

///

---

1

STIPULATION                                                    Case No.: 2:16-cv-2574-APG-NJK

1     The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

    This matter is dismissed with prejudice with each party bearing their own fees and costs.

    IT IS SO ORDERED.

Dated: November 1, 2017

                                            UNITED STATES DISTRICT JUDGE